Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 4672 | **DATE** | 5/11/2000 |
| **CASE TITLE** | Ocwen Federal Bank, FSB vs. Jackson, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's motions to reinstate case and for additional publication are granted. Enter Order for Publication.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | MAY 16 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | IS | 14 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| rs | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

FISHER AND FISHER
FILE # 35591

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
MAY 16 2000

| | |
|---|---|
| Ocwen Federal Bank, FSB <br>    Plaintiff <br><br> VS. <br><br> Charles A. Jackson, Jr. and Catrina D. Anderson-Jackson, Commercial Credit Loans, Inc. <br>    Defendant | Case No. 98 C 4672 <br><br> Judge MANNING |

### ORDER FOR PUBLICATION

THIS MATTER coming to be heard on the Plaintiff's motion for an Order directing the Defendant, Catrina D. Anderson-Jackson to appear and file their Answer or otherwise plead to the Complaint heretofore filed in this matter. Petition for Order of Publication having been filed herein. The Court being advised in the premises;

IT IS HEREBY ORDERED THAT the Defendant herein, Catrina D. Anderson-Jackson file their answers or otherwise plead to Plaintiff's Complaint on or before July 6, 2000 and that this Order be published in the Daily Law Bulletin once a week for six (6) consecutive weeks.

DATED: MAY 11 2000       ENTERED: *Blanche M. Manning*
                                                                   Judge

Elizabeth Kaplan Meyers
Renee F. Meltzer
Michael S. Fisher
Elizabeth T. Sewruk
Erik E. Blumberg
Marc D. Engel
Julie E. Fox
FISHER AND FISHER, Attorneys at Law, P.C.
120 N. LaSalle St., Chicago, IL 60602
(773) 854-8055

1

14